### STATE v. C. A. MEYERS.

(Filed 13 October, 1926.)

APPEAL by defendant from *Grady, J.,* at February Term, 1926, of the Superior Court of SAMPSON. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Butler & Herring for defendant.*

PER CURIAM. The defendant was indicted for a breach of the prohibition law and was convicted. This is his second appeal. *S. v. Meyers,* 190 N. C., 239. The case seems to have been tried in substantial compliance with the previous decision and the law generally applicable, and we find in the record no valid reason for granting another trial.

No error.